UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY SCOCOZZO,

        Plaintiff,

v.                                                            Case No. 3:25-cv-168-MMH-PDB

SAMUEL DYLAN ADAMS, et al.,

        Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff's Motion to Voluntarily Dismiss Complaint (Doc. 7) is **GRANTED to the extent that** this case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of April, 2025.

MARCIA MORALES HOWARD
United States District Judge

caw 4/29

c:    Anthony Scocozzo, #22000475